IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ANGEL EPLEY, Individually and
On Behalf of All Others Similarly Situated                                        PLAINTIFF

V.                             NO. 6:20-CV-06006-RTD

STARTEK USA, INC.                                                                 DEFENDANT

## ORDER

Now before the Court is the parties' Joint Stipulation of Dismissal with Prejudice (ECF No. 19). While the stipulation was not filed as a motion, the parties advise the Court they have settled their dispute and they seek a court order dismissing the case with prejudice. Therefore, the Court will construe the pleading as a motion to approve the joint stipulation of dismissal and make its order accordingly.

Wherefore, having considered the joint stipulation, the Court finds that all parties agree they have reached a fair and reasonable compromise of their bona fide dispute and that this case may be dismissed with prejudice.

It is hereby ordered, adjudged, and decreed that this case is dismissed with prejudice.

**IT IS SO ORDERED** this 26th day of February 2021.

/s/ *Robert T. Dawson*
**ROBERT T. DAWSON**
**SENIOR U.S. DISTRICT JUDGE**